FILED: January 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1073
(2:23-cv-05324-DCN)

_____

RAJ K. PATEL

      Plaintiff - Appellant

v.

KAMALA D. HARRIS, The President of the Senate; LINDA THOMAS-GREENFIELD, UN Ambassador; NIKKI HALEY, former UN Ambassador and former Governor of the State of South Carolina, and former Representative in the State of South Carolina House of Reprsentatives

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Charleston |
| Originating Case Number | 2:23-cv-05324-DCN |
| Date notice of appeal filed in originating court: | 12/19/2023 |
| Appellant | Raj K. Patel |
| Appellate Case Number | 24-1073 |
| Case Manager | Emily Borneisen 804-916-2704 |