# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 24, 2024

_____

RECORD CORRECTION NOTICE

_____

No. 24-1073,    Raj Patel v. Kamala Harris
                2:23-cv-05324-DCN

TO:   Robin L. Blume

| |
|---|
| [X] The electronic record does not include Bates Stamping pagination. Please transmit a corrected electronic record that includes Bates Stamping pagination. |
| [X] The electronic record does not contain bookmarks. Please transmit a corrected electronic record that includes bookmarks. |

For appeals in criminal cases, the presentence report and statement of reasons are required. Any highly sensitive documents must be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

Emily Borneisen, Deputy Clerk
804-916-2704